appraisement, the importer received notice from the customs authorities, through his customs broker, that the prices for this type of goods had been increased. The importer talked the matter over with the customs authorities who suggested that he communicate with the manufacturer in Mexico in an effort to determine when the increases had become effective. However, the reply to his inquiry was received too late to amend the entry in question. On the record presented the court was satisfied that the importer had attempted to obtain information as to the time that the increased prices became effective and that he acted as a prudent businessman would in seeking to obtain information from the seller before attempting to amend the entry. It was held that there was no intent to defraud the Government or to deceive its officials as to the value of the merchandise. The petition was therefore granted.

Before the First Division, April 22, 1952

**No. 56570.**—Schneider Bros. & Co., Inc. v. United States, protest 123739–K (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 56571.**—Sam Forwand Co. v. United States, protests 131569–K, etc. (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

Before the Second Division, April 22, 1952

**No. 56572.**—American Express Co. and Ratsey & Lapthorn, Inc. v. United States, protests 157712–K and 159462–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of piston hanks and ships' thimbles the same in all material